IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEWS INTERNATIONAL CORPORATION, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) ) | No. 2:20-CV-89-NR |
| v. | ) ) | |
| ANTHONY A. LOMBARDI, et al., | ) ) | |
| Defendants. | ) | |

**<u>ORDER APPROVING THIRD PARTY FEES OF SPECIAL MASTER</u>**

On this 5th day of May, 2023, upon consideration of the Eleventh Application filed by David G. Oberdick, Esquire, Special Master in the above matter, and Meyer, Unkovic & Scott LLP for Allowance of Third Party Fees, the Application is approved in the amount of $1,825.00 with respect to computer forensics conducted by Digital Mountain.

BY THE COURT:

s/ J. Nicholas Ranjan_____ J.