IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEWS INTERNATIONAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL DIVISION<br><br>No. 2:20-CV-89-NR |
| Plaintiff, | | |
| v. | | |
| ANTHONY A. LOMBARDI, et al., | | |
| Defendants. | | |

## ORDER APPROVING FEES OF SPECIAL MASTER

Upon consideration of the Third Application filed by David G. Oberdick, Esquire, Special Master in the above matter, and Meyer, Unkovic & Scott LLP for Allowance of Fees, the Application is approved in the amount of $1,984.00 as compensation.

BY THE COURT:

Dated: August 31, 2023       s/ J. Nicholas Ranjan                         J.