IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEWS INTERNATIONAL CORPORATION, | CIVIL DIVISION |
| Plaintiff, | No. 2:20-CV-89-NR |
| v. | |
| ANTHONY A. LOMBARDI, et al., | |
| Defendants. | |

**ORDER APPROVING THIRD PARTY FEES OF SPECIAL MASTER**

On this 6th day of September, 2023, upon consideration of the Fourteenth Application filed by David G. Oberdick, Esquire, Special Master in the above matter, and Meyer, Unkovic & Scott LLP for Allowance of Third Party Fees, the Application is approved in the amount of $1,725.00 with respect to computer forensics conducted by Digital Mountain.

BY THE COURT:

s/ J. Nicholas Ranjan                     J.